UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-160 |
| BEAU HEBERT | SECTION "A" |

## ORDER AND REASONS

Before the Court is a **Motion for Clarification Regarding Court's Order Denying Motion for Default Judgment (Rec. Doc. 123)** filed by *pro se* defendant, Beau Hebert. The instant motion seeks clarification regarding this Court's April 3, 2025 Order[1] denying his Motion for Default Judgment.[2]

Hebert's motion for default judgment contended that the Government's failure to respond to his Motion under 28 U.S.C. § 2255[3] amounted to an abandonment of his complaints therein and, as such, default judgment should be rendered against the Government so as to enforce the relief he sought through his motion.[4]

In its April 3, 2025 Order, the Court explained that Hebert's motion seeking a default judgment was moot for two reasons: first, the Government had, in fact, responded in opposition to his motion; and second, this Court denied his Motion under 28 U.S.C. § 2255 on January 7, 2025.[5]

---

[1] Rec. Doc. 122.

[2] Rec. Doc. 121.

[3] Hebert's Motion under 28 U.S.C. § 2255 is located at Rec. Doc. 104.

[4] Rec. Doc. 121.

[5] *See* Rec. Doc. 122 ("On September 16, 2024, the Government filed a response (Rec. Doc. 119) and the defendant's motion was denied by the Court (Rec. Doc. 120) on January 7, 2025.").

The present motion asserts that Hebert never received a copy of the Government's opposition and that, as such, he had no opportunity to review or reply to the Government's filing before this Court ruled on his motion.[6]

Accordingly;

**IT IS ORDERED** that this Court's Order and Reasons denying Hebert's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct by a Person in Federal Custody (Rec. Doc. 120) is **VACATED**. The Clerk of Court is instructed to mail a copy of the Government's Response to Beau Hebert's Motion for Post Conviction Relief Pursuant to 28 U.S.C. § 2255 (Rec. Doc. 119) to Mr. Hebert's address of record and to Mr. Hebert's authorized representative.

**IT IS FURTHER ORDERED** that Mr. Hebert shall reply in support of his motion by **Monday, September 1, 2025**.

July 11, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[6] Rec. Doc. 123, at 1.